MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-00027 DLJ |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [] ORDER TO CONTINUE STATUS APPEARANCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| MICHAEL EDWARD HINGLE, | ) ) | |
| Defendant. | ) ) | |

     Defendant Michael Hingle, through defense counsel Mary McNamara, and the United States government, through Assistant United States Attorney Daniel Kaleba, stipulate as follows:

     The parties are currently scheduled to appear before this Court on March 6, 2014. The parties request additional time to meet and confer concerning matters relevant to the case, including ongoing discovery requests, and jointly request a one week continuance of the March 6 appearance to March 13, 2014. The parties also stipulate that the time period from March 6, 2014 to March 13, 2014, should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to

//

//

further the interest of justice, and to promote the continuity and effective preparation of counsel, taking into account the exercise of due diligence.

Respectfully submitted,

DATED: March 4, 2014

By:         /s/
MARY G. MCNAMARA
Attorney for Defendant

DATED: March 4, 2014         MELNDA HAAG
United States Attorney

By:  /s/
DANIEL KALEBA
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

SAN JOSE JUDICIAL DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. 14-00027-DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE |
| | ) | STATUS APPEARANCE AND TO EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | [18 U.S.C. § 3161(h)] |
| MICHAEL EDWARD HINGLE, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the reasons set forth in the stipulation of the parties filed on March 4, 2014, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the hearing scheduled for March 4, 2014 before Judge Jensen is continued to March 13, 2014 at 9:00 a.m. or as soon thereafter as may be heard by the Court.

The Court further finds that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from March 6, 2014 be continued to March 13, 2014, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to further the interest of justice, and to promote the continuity and effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: _____

By:_____
HONORABLE D. LOWELL JENSEN
United States District Judge
Northern District of California