MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL KALEBA (CABN 223789)
MATTHEW A. PARRELLA  (NYBN 2040855)
Assistant United States Attorneys

          150 Almaden Boulevard, Suite 900
          San Jose, California 95113
          Telephone: (408) 535-5061
          FAX: (408) 535-5066
          daniel.kaleba@usdoj.gov
          matthew.parrella@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14 – 00027 DLJ (PSG) |
| Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE STATUS APPEARANCE AND TO EXCLUDE TIME |
| v. | |
| MICHAEL EDWARD HINGLE, | |
| Defendant. | |

          Defendant Michael Hingle, through defense counsel Mary McNamara, and the United States

government, through Assistant United States Attorney Daniel Kaleba, stipulate as follows:

          The parties are currently scheduled to appear before this Court on March 13, 2014. The parties

request additional time to meet and confer concerning matters relevant to the case, including ongoing

discovery requests, and jointly request a one week continuance of the March 13 appearance to March 20,

2014. The parties also stipulate that the time period from March 13, 2014 to March 20, 2014, should be

excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to

///

///

1   further the interest of justice, and to promote the continuity and effective preparation of counsel, taking

2   into account the exercise of due diligence.

3          Respectfully submitted,

4          DATED: March 12, 2014

5                                          By:
                                           _____/s/_____
6                                          MARY G. MCNAMARA
                                           Attorney for Defendant Hingle
7

8          DATED: March 12, 2014

9                                          MELINDA HAAG
                                           United States Attorney

10                                         By:
                                           _____/s/_____
11                                         DANIEL KALEBA
                                           MATTHEW A. PARRELLA
12                                         Assistant U.S. Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE AND [] ORDER
CR 14-00027 DLJ

1

[] ORDER

2   Based on the reasons set forth in the stipulation of the parties filed on March 12, 2014, and good cause

3   appearing therefrom,

4   IT IS HEREBY ORDERED that the hearing scheduled for March 13, 2014 before Judge Jensen is

5   continued to March 20, 2014 at 9:00 a.m. or as soon thereafter as may be heard by the Court.

6   The Court further finds that the time within which the trial of this matter must be commenced under the

7   Speedy Trial Act is EXCLUDED during the time period from March 13, 2014 be continued to March

8   20, 2014, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) to further the interest of justice, and to

9   

10  promote the continuity and effective preparation of counsel, taking into account the exercise of due

11  diligence.

12  IT IS SO ORDERED.

13  DATED: _____

14

15  By:_____

16  HONORABLE D. LOWELL JENSEN
    United States District Judge
    Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28