1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL KALEBA (CABN 223789)
   MATTHEW A. PARRELLA (NYBN 2040855)
5  Assistant United States Attorneys

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5066
8     daniel.kaleba@usdoj.gov
      matthew.parrella@usdoj.gov
9
   Attorneys for United States of America
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                 SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           )  CR 14 – 00027 DLJ (PSG)
15                                     )
         Plaintiff,                    )  NOTICE OF DISMISSAL
16                                     )
      v.                               )
17                                     )
   MICHAEL EDWARD HINGLE,              )
18                                     )
         Defendant.                    )
19  _____)

20

21

22      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

23  States Attorney for the Northern District of California dismisses the above indictment with prejudice,

24  and moves that the Court quash the arrest warrant issued and exonerate and return any bond submitted in

25  connection with the indictment in this case. The government also requests that the matter be removed

26  ///

27  ///

28  ///

NOTICE OF DISMISSAL (CR 14-00027 DLJ (PSG))

1  from the court's calendar on March 20, 2014.

2

3  DATED: March 17, 2014                          Respectfully submitted,

4                                                 MELINDA HAAG
                                                  United States Attorney
5

6                                                 _____/s/_____
                                                  DANIEL KALEBA
7                                                 MATTHEW A. PARRELLA
                                                  Assistant United States Attorneys
8

9

10

11      Leave is granted to the government to dismiss the indictment with prejudice.  The matter is

12  removed from the court's calendar of March 20, 2014.

13

14  Date: _____                              _____
                                                  D. LOWELL JENSEN
15                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 14-00027 DLJ (PSG))